UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80967-CIV-CANNON

**CHANDRA J. NOBLE,**

    **Plaintiff,**

v.

**THE COUNTRY CLUB AT WOODFIELD, INC. d/b/a WOODFIELD COUNTRY CLUB, a Florida Non for Profit Corporation & JEFFREY F. COHEN, an Indvidual,**

    **Defendants.**
_____/

## JOINT REPORT ON MEDIATION AND NOTICE OF SETTLEMENT

Plaintiff, CHANDRA J. NOBLE, and Defendants, THE COUNTRY CLUB AT WOODFIELD, INC. d/b/a WOODFIELD COUNTRY CLUB and JEFFREY L. COHEN (collectively, "the Parties"), by and through their undersigned counsel and pursuant to this Court's Order Scheduling Mediation [ECF No. 13] and Local Rule 16.4, hereby give notice that the Parties have reached an agreement to settle this matter and state:

1. The Parties are preparing settlement documents, which will include execution by the Parties of a Joint Stipulation of Dismissal.

2. It is anticipated that the Joint Stipulation of Dismissal will be filed with the Court within the next thirty (30) days.

DATED this 13th day of August, 2021

| | |
|---|---|
| */s/ Kristyne E. Kennedy* | */s/Tobechuku Tony Nwahiri* |
| KRISTYNE E. KENNEDY | TOBECHUKU TONY NWAHIRI |
| Fla. Bar No.: 0194700 | Fla. Bar No. 112107 |
| LAUREN C. ROBERTSON STULZ | NWAHIRI LAW, PLLC |
| Fla. Bar No.: 1024845 | 13499 Biscayne Blvd., Suite 107 |
| COLE, SCOTT & KISSANE. P.A. | Miami, Florida, 33181 |
| Tower Place, Suite 400 | E-mail: Tobe@NwahiriLaw.com |
| 1900 Summit Tower Boulevard | Telephone: 305-345-4117 |
| Orlando, Florida 32810 | Facsimile: 305-503-4614 |
| E-mail: Kristyne.Kennedy@csk.legal.com | Attorney for Plaintiff |
| E-mail: Lauren.Robertson@csklegal.com | |
| Secondary E-mail: Jillian.Sotomayor@csklegal.com | |
| Telephone: (321) 972-0028 | |
| Facsimile: (321) 972-0099 | |
| Attorneys for Defendants | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of August, 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

*/s/ Kristyne E. Kennedy*