UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80967-CIV-CANNON

**CHANDRA J. NOBLE**,

    Plaintiff,

v.

**THE COUNTRY CLUB AT WOODFIELD, INC.**
and **JEFFREY F. COHEN**,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Parties Joint Report on Mediation and Notice of Settlement [ECF No. 14], filed on August 13, 2021. The Court has carefully reviewed the file and is otherwise fully advised. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal within thirty **(30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** at Fort Pierce, Florida this 16th day of August 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record