UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80967-CIV-CANNON

**CHANDRA J. NOBLE**,

    Plaintiff,

v.

**THE COUNTRY CLUB AT WOODFIELD, INC.**
and **JEFFREY F. COHEN**,

    Defendants.
_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed on September 8, 2021 [ECF No. 16]. Pursuant to Rule 41(a)(1)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, this case is **CLOSED**, effective September 8, 2021, the date the parties filed their Joint Stipulation of Dismissal. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.
2. All deadlines are **TERMINATED**.
3. This case is dismissed **WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

**DONE AND ORDERED** at Fort Pierce, Florida this 9th day of September 2021.

    _____
    AILEEN M. CANNON
    UNITED STATES DISTRICT JUDGE

cc:    counsel of record